AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Altravias Jaabar KING<br><br>*Defendant(s)* | Case No.<br>6:24-mj-1534 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See below__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Online Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Kaufman, Special Agent
Printed name and title

Sworn to before me over video conference and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 5/17/24

_____
Judge's signature

City and state: Orlando, FL

Leslie Hoffman Price, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA          CASE NO. 6:24-mj- 1534
                                                                           1535

COUNTY OF ORANGE

## MASTER AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Kevin Kaufman, after being duly sworn, depose and state:

1. I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 20 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

3. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and

seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of a criminal complaint against ALTRAVIAS KING (KING) for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that KING using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida statute § 800.04(4)(a)(1) & (2)., all in violation of 18 U.S.C. § 2422(b). This affidavit in also submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search a blue Samsung SM-A156U, located in the FBI's possession at 480 South Keller Road, Orlando, Florida 32810, further described in Attachment A, for the things described in Attachment B.

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses

and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and search warrant, I have not set forth each and every fact learned during the course of this investigation.

6. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

## INVESTIGATION

7. Between May 9, 2024 and May 11, 2024, I was working in an undercover capacity in a multi-agency chat operation with the Orlando Police Department. The operation was targeting individuals who have a sexual interest in children.

8. Previously, on May 7, 2024, an online profile on a social media dating website "Meet Me" was created by Detective Jennifer Wing with the Orlando Police Department with a picture of a law enforcement decoy. The decoy profile showed "Sofia, 22" (SOFIA) and included a picture of the law enforcement officer when she was approximately 13 years old. On May 9, 2024, another Meet Me user, "King Altravias" reached out to the SOFIA and

3

stated that his name was "Altravias". "Altravias" was later identified as ALTRAVIAS KING (KING) . The notional child provided her phone number as xxx-xxx-1108. KING began texting with the notional child using telephone number xxx-xxx-5334.

9. During the conversation, SOFIA informed KING that she was in high school. KING informed SOFIA that he had no problem talking to SOFIA; however, KING wanted SOFIA to be aware that he was older than her. SOFIA informed KING that she was 13 years. KING told SOFIA that he was 35 years old. KING asked SOFIA what grade she was in, and SOFIA responded "Im in 9th...Ill be in 10th in 2 weeks. Cnat wait to graduate". KING asked SOFIA what high school she went to, and SOFIA told KING "Oakridge High School". KING asked SOFIA if she wanted a picture of him and SOFIA asked if he was good looking. KING then sent the following images:

 

10. In return, SOFIA sent an image of the same female law enforcement officer when the officer was 13 years old. KING told SOFIA that she was a "beautiful young lady". KING asked SOFIA if she ever "smoked". SOFIA informed KING that she had tried it in the past. KING then inquired about SOFIA'S father and mother. SOFIA told KING that her mother worked nights and that she often snuck out. KING asked SOFIA, "You ever let people come over" and asked SOFIA if she wanted to meet him.

11. SOFIA told KING, "that would be fun. What would we do". KING responded, "Lol that's something that shouldn't be discussed over texts". SOFIA asked KING what he meant by that and KING elaborated "You a minor so I got to watch how I speak to you because u can get me in trouble. If I get caught saying anything stupid I Can get in trouble u understand". SOFIA asked KING if he wanted her to call him and KING replied "if u want...Call me". A call lasting 16 minutes and 51 seconds was placed by an undercover officer posing as SOFIA.

12. Durng the call, KING stated that he is a drug dealer. SOFIA reiterated her age as being 13. KING asked SOFIA what she liked to do. KING told SOFIA that he knew what she wanted to do. SOFIA told KING that she did not like surprises. KING told SOFIA that because he was older he could read signs from girls. KING asked SOFIA what she liked to do.

5

SOFIA informed KING that she liked to go shopping and hang with her friends.

13. KING then asked SOFIA if she had a boyfriend. SOFIA told KING she did have a boyfriend but they broke up because he cheated on her. KING asked SOFIA if she liked older guys. KING then asked SOFIA "Do you really want me to do this to you?". SOFIA responded, "Do what" and KING stated "Do you want me to fuck you". SOFIA asked KING if that was what he wanted. SOFIA told KING that she did not want to get pregnant. KING then asked "Why would I get a 13 year old pregnant". KING told SOFIA that he was 35 and she was 13. KING told SOFIA that he could go to jail for getting a 13 year old pregnant. KING stated he could wear a condom or "pull out" to avoid getting SOFIA pregnant.

14. As the call continued, SOFIA told KING that she did not want to get in trouble and told KING that she was not going to make KING do anything that he did not want to do. KING responded, "You got to look at my end...I'm...your...I am fucking a minor". SOFIA told KING that he did not have to. KING told SOFIA that he would think about it because he needed to trust her. KING then asked SOFIA if she ever had sex with an older guy. SOFIA told KING yes and KING told SOFIA that it was "intriguing".

6

15. After the call, the conversation continued via text messages. KING asked SOFIA "Send me a pic a whole body selfie not naked". SOFIA sent an image of ....leaning forward and bending down. KING responded, "I like your style I just need u to listen and do whatever I want". KING asked SOFIA what time her mom left for work. SOFIA told KING her mom had already left for work. KING then asked to video chat with SOFIA. SOFIA told KING that her mom had deactivated her camera because she got caught doing bad things on camera with her ex-boyfriend. SOFIA told KING she lived by the Mall of Milenia. KING asked how long it took SOFIA to walk there and SOFIA responded "15 minutes". KING then told SOFIA "OK so look I want to see you but we need to talk on the phone more first".

16. A call lasting 1 minute and 46 seconds was placed by an undercover officer posing as SOFIA. During the call, KING told SOFIA that he was a little skeptical of the siuation. At that point, KING received another call and told SOFIA that he would call her back.

17. Approximatley 14 minutes later, KING called SOFIA but the call went to voicemail. A return call was placed to KING by an undercover officer posing as SOFIA. The call lasted 16 minutes and 31 seconds. During the call, KING asked SOFIA if she was alone. KING told SOFIA that he was nervous because of her age. KING explained to SOFIA that there is law

7

enforcement on the internet. KING stated he wanted to make sure SOFIA was real. KING further explained on the call, that law enforcement tries to get "older guys" having sex with minors. Law enforcement enages in conversation with the unsuspecting males and attempts to get the males to meet the underage female for sex. When the males meet the minor, he is arrested by law enforecment and the male gets in trouble. KING wanted to make sure SOFIA was "official" and not the police. KING asked SOFIA if she was the police. KING stated when they catch the males meeting the minors, they go to prison and they become sex offenders. SOFIA responded that she doesn't want him to get in trouble and won't tell anybody. KING stated he was nervous and did not want to get in trouble. KING told SOFIA it would be the dumbest thing to do is to get a 13 year old pregnant. KING stated he would go to jail if he got a 13 year old girl preganant. KING stated "getting you pregnant is a no no". SOFIA asked KING how he planned to prevent it? KING told SOFIA by using a "condom" or "pulling out". KING stated "If I fuck you...I go to pull out...before I nut...I'm going to pull out". SOFIA remphasized that she did not want to get pregnant. KING responded, "I'm going to pull out...that;s the thing". KING asked if SOFIA if she ever had a guy ejaculate on her. KING asked SOFIA what has she done sexually and told SOFIA he would teach her.

8

18. On May 10, 2024, KING text messaged SOFIA that he wanted to meet up but couldn't meet up until next week. KING asked SOFIA when her mom worked and asked if they could watch a movie at her house. KING told SOFIA that he could meet her at the mall. SOFIA then asked KING "yeh..then what we goin to do". KING responded, "Fuck lmao". SOFIA told KING that she was confused. KING clarified, "I want to have sex with u". SOFIA asked when and KING responded, "Tomorrow". KING told SOFIA "Yea I know I'm going to the beach tommorow so when I come back but where we going to chill". SOFIA told KING that she could try and turn off the cameras in her house and KING responded, "Yes so I can fuck u in your room". SOFIA told KING, as long as I don't get pregnant lol". KING responded, "I promise you…I know what I'm doing remmber I'm not a lil boy in ya school…Babe I have a big dick are u ready for it".

19. Later that day, SOFIA text messaged KING that she was heading out with her friends. KING requested SOFIA call him when she got home. At 12:31 am, SOFIA made an outgoing call to KING. During the call, KING told SOFIA that he wanted to see her after he goes to the beach. KING stated "I promise I wont get you pregnant babe…I'm scared…I don't want to become a sex offender…you know this illegal for me". SOFIA told KING that he did not have to meet her. KING responded, "no…I just said I

9

can't get you pregnant". KING acknowledged again that SOFIA was underage.

20. On May 11, 2024, KING contacted SOFIA in the morning, KING was at the beach and told SOFIA that he was intoxicated. SOFIA told KING she was at home waiting for her mother to leave. KING stated "I'm going to try to see I today". KING asked what time SOFIA'S mother left for work. SOFIA informed KING that her mother left at 5 pm. KING responded, "What time she get back Bae I'm trying to fuck u tonight lol". Later that night, KING asked SOFIA why she was mad at him. SOFIA told KING that he lied. KING attempted to call SOFIA. SOFIA returned the call. During the 2 minute and 45 second call, KING explained that he was on probation and his curfew was 9 pm. KING stated he was at the beach all day. SOFIA told KING that he said he was going to come see her. SOFIA told KING that it is mothers day and they can't hang out.

21. From May 12, 2024 to the present SOFIA continued to communicate with KING to arrange a date where KING would meet her. SOFIA informed KING that her mother was off on Thursday, May 16, 2024. On May 15, 2024, KING told SOFIA "I hope I can see u tommorow". SOFIA told KING that her mother went to work at 5 pm. KING responded, "That's perfect I can wait to be able to hold u and kiss u…I want to have sex

too (grin face emoji)". KING informed SOFIA that he got off work at 4:30 p.m, and he would be able to meet SOFIA at 5:30 pm. SOFIA told KING she would call him once her mom left for work. They arranged to meet at a Wendy's loation.

22.  On May 16, 2024, at approximately 7:40 pm, KING arrived on Lynx bus 40 and got off the bus at Conroy Road and Millenia Boulevard. KING informed "Sofia" that he arrived at the location. As KING arrived at the Wendy's, located 4051 Millenia Blvd, he was arrested.

23.  Task Force Officer Wing made a confirmation phone call to the number KING was communicating with "Sofia" on. KING's cell phone rang, which was a blue Samsung SM-A156U, hereinafter "the DEVICE." On the screen of the DEVICE the name "Sofia" was shown and the number was saved as a contact in the DEVICE. The DEVICE's screen was also visible at the time of his arrest and text messages were seen from KING to "Sofia" on the screen.

### INTERVIEW OF KING

24.  KING was advised of his Miranda rights by Special Agent Hyre, understood his rights, and told the interviewing agents that he would answer specific questions. KING admitted to speaking to the 13-year-old girl, but stated that his intentions when he arrived were to shower, watch a movie, and

11

sleep. KING claimed that he had no intentions to have sexual intercourse with the 13-year-old when he arrived. KING was transported and booked into Seminole county jail and held overnight.

25. On May 17, 2024, while KING was being transported, I reminded KING of his Miranda rights. KING acknowledged that he engaged in a conversation with the 13-year-old over the phone and stated that "he messed up" when he said on the telephone to SOFIA, "what you want me to fuck you". KING explained that those intentions were "desires only" and that it was not a "plot". KING admitted he was wrong for what he did.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

26. The property to be searched is a blue Samsung SM-A156U, hereinafter (the DEVICE). The DEVICE is currently located at the FBI Orlando Resident Agency located at 480 South Keller Road, Orlando, Florida 32810.

27. The applied-for warrant would authorize the forensic examination of the DEVICE for the purpose of identifying electronically stored data particularly described in Attachment B.

## TECHNICAL TERMS

28. Based on my training and experience, I use the following technical terms to convey the following meanings:

a. Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system

13

("GPS") technology for determining the location of the device.

b. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached

to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

d. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

29. Based on my training, experience, and research, I know that the DEVICE has capabilities that allow it to serve as communication device to entice and collect images of Child Sexual Abuse Materials (CSAM). In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the DEVICE.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

30. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

31. As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the DEVICE was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the DEVICE because:

> a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).
>
> b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for

"indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when,

17

sometimes it is necessary to establish that a particular thing is not present on a storage medium.

32. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the DEVICE consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the DEVICE to human inspection in order to determine whether it is evidence described by the warrant.

33. Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

34. I believe there is probable cause that KING, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom KING believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in

sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida statute § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b). I also submit that this affidavit supports probable cause for a search warrant authorizing the examination of the DEVICE described in Attachment A to seek the items described in Attachment B.

_____
Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me
this 17th day of May, 2024.

_____
Hon. Leslie Hoffman-Price
United States Magistrate Judge

19