UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-mj-1534-LHP

ALTRAVIAS JAABAR KING

AUSA: Shannon Laurie

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **May 17, 2024**<br>1:49-2:05<br>16 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**INITIAL APPEARANCE/PRELIMINARY HEARING**

Case called; appearances taken; procedural setting by the Court.
Court advised the Defendant of the right to remain silent.
Court inquired of the Defendant regarding competency.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Court advised the Defendant of additional rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed counsel.
Counsel for Government summarized the charge and penalties in the complaint.
Defendant requested a preliminary hearing.
Government's witness sworn and testified: Kevin Kaufman
Counsel for the Government made an oral motion for detention.
Counsel for the Defendant cross examined the witness.
Counsel for the Government redirect.
Counsel presented argument.
Court found probable cause.
Defendant reserved the right to a detention hearing without prejudice.
Court granted the motion. Order of Detention entered.